1

2

3

4

5

6

7

8

9

10

FILED

2006 NOV 22  AM 8: 48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) Case No. 06CR1809-BEN |
| 12 | Plaintiff, | ) |
| 13 | v. | ) ORDER TO PRESERVE AND RE-<br>) WEIGH EVIDENCE |
| 14 | EMMANUEL MONTOYA-LOPEZ, | ) |
| 15 | Defendant. | ) |
| 16 | | ) |

17     **IT IS HEREBY ORDERED** that the United States government and its agents 1) make available

18  to the defense attorney and her agents, for examination and photographing the vehicle seized in the above-

19  captioned case, along with evidence found within the vehicle or on Mr. Montoya-Lopez's person, including

20  but not limited to, the drugs seized; and 2) make available to the defense attorney and her agents, for

21  examination and weighing, the drugs seized in the above-referenced case.  The government and its agents are

22  further ordered to preserve the narcotics, vehicle, evidence seized incident to the defendant's arrest, and items

23  seized from the vehicle. ~~until further order from this Court.~~ *Expires 12/20/06 without*

    *Further Notice.* RTB

24     **IT IS SO ORDERED.**

25

26  DATED:  11/20/06

27                                                        HONORABLE ROGER T. BENITEZ
                                                          United States District Court Judge

28  cc:     Immigration & Customs Enforcement, FP&F